OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 19, 2006

Robert J. Foster
Reger Rizzo Kavulich & Darnall, LLP
Cira Centre 13th FL
2929 Arch St.
Philadelphia. PA 19104-2899

    RE:    Tully v. Collick
              06cv581

Dear Counsel:

    The above referenced action was filed in this district on 9/15/06.

    Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) reads as follows:

    " An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted pro hac vice in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the cases shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court. "

    Please have your local counsel enter an appearance on or before 10/19/06.

                              Sincerely,

                              Peter T. Dalleo
                              Clerk of Court


                        By:_____
                              Deputy Clerk