IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-0581 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY COLLICK, | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Cynthia G. Beam, Esquire on behalf of Defendant, Anthony Collick.

REGER RIZZO KAVULICH & DARNALL LLP

*/s/ Cynthia G. Beam, Esquire*
Cynthia G. Beam, Esquire
Delaware State Bar I.D. No. 2565
1001 Jefferson Plaza, Suite 202
Wilmington, DE 19801
(302) 652-3611
Attorney for Defendant

Dated: September 28, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-00581 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY COLLICK, | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify on this 28th day of September, 2006 that two true and correct copies of the Entry of Appearance have been served electronically and/or by first class mail, postage prepaid, upon the following:

Frank Marcone, Esquire
2530 N. Providence Road
Media, PA 19063

                REGER RIZZO KAVULICH & DARNALL LLP


                */s/ Cynthia G. Beam, Esquire*
                Cynthia G. Beam, Esquire
                Delaware State Bar I.D. No. 2565
                1001 Jefferson Plaza, Suite 202
                Wilmington, DE 19801
                (302) 652-3611
Dated:  September 28, 2006      Attorney for Defendant