IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-0581 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY COLLICK, | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE withdraw the appearance of Cynthia G. Beam, Esquire as counsel for Defendant Anthony Collick.  PLEASE enter the appearance of Carol J. Antoff, Esquire as counsel for Defendant Anthony Collick.

REGER RIZZO KAVULICH & DARNALL LLP          REGER RIZZO KAVULICH & DARNALL LLP


/s/ Cynthia G. Beam, Esquire                              /s/ Carol J. Antoff, Esquire
Cynthia G. Beam, Esquire                                    Carol J. Antoff, Esquire
Bar ID # 2565                                                        Bar ID #3601
1001 Jefferson Plaza                                             1001 Jefferson Plaza
Suite 202                                                                Suite 202
Wilmington, DE 19801                                          Wilmington, DE 19801


Date: 11/03/06                                                       Date: 11/03/06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-0581 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY COLLICK, | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Substitution of Counsel were served by First Class Mail, postage prepaid on the following counsel of records on November 3, 2006:

Frank Marcone, Esquire
2530 N. Providence Road
Media, PA  19063


REGER RIZZO KAVULICH & DARNALL, LLP


 /s/*Carol J. Antoff*
Carol J. Antoff, Esquire
1001 Jefferson Plaza, Suite 202
Wilmington, DE   19801
(302) 652-3611
Attorney for Defendant, Anthony Collick