IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANCIS TULLY | : |
|     Plaintiff | : |
| v. | : Civil Action No. 06-581 GMS |
| ANTHONY COLLICK | : |
|     Defendant | : |

### ORDER TO SHOW CAUSE

WHEREAS, on September 15, 2006, the above-captioned case was transferred from the Eastern District of Pennsylvania to the District of Delaware;

WHEREAS, on September 19, 2006, letters were mailed directing counsel for the parties to have local counsel enter an appearance pursuant to Local Rule 83.5(d) on or before October 19, 2006 (D.I. 7 and D.I. 8);

WHEREAS, on September 28, 2006, a notice of appearance on behalf of the defendant was entered by local counsel (D.I. 9);

WHEREAS, on October 5, 2006, an answer to the complaint was filed on behalf of the defendant (D.I. 10);

WHEREAS, on October 30, 2006, a motion to dismiss was filed by the defendant (D.I. 11);

WHEREAS, to date, the court's docket reflects that local counsel has not entered an appearance on behalf of the plaintiff. Additionally, the plaintiff has not filed an answering brief to the defendant's motion to dismiss.

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

_____
UNITED STATES DISTRICT JUDGE

November __17__, 2006



FILED

NOV 17 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE