

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANCIS TULLY, | * |
| Plaintiff, | * Civil Case No. 06-581 GMS |
| v. | * |
| ANTHONY COLLICK, | * |
| Defendant. | * |

### ENTRY OF APPEARANCE

TO:   Clerk, U.S. District Court
      District of Delaware
      J. Caleb Boggs Federal Building
      844 N. King Street
      Wilmington, DE 19801

Kindly enter my appearance on behalf of the Plaintiff, FRANCIS TULLY, in the above-captioned matter.

RESPECTFULLY SUBMITTED,

ALBERT M. GRETO, ESQUIRE
Supreme Court ID# 3811
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington, DE 19899-0756
(302) 761-9000

Date: 2-12-07