IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | * | |
| | * | |
| Plaintiff, | * | Civil Case No. 06-581 GMS |
| | * | |
| v. | * | |
| | * | |
| ANTHONY COLLICK, | * | |
| | * | |
| Defendant. | * | |

## MOTION PURSUANT TO LOCAL RULE 83.5
## FOR THE ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves this Honorable Court for the admission *pro hac vice* of Frank J. Marcone, Esq. to represent Plaintiff, Francis Tully, in this matter.

Albert M. Greto, Esquire (AMG-2862)
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington, Delaware 19899-0756
Ph: 302.761.9000
Fx: 302.761.9035
E-Mail: algreto@gretolaw.com
Attorney for Plaintiff Francis Tully

Date: 2-12-07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | * | |
| | * | |
| Plaintiff, | * | Civil Case No. 06-581 GMS |
| | * | |
| v. | * | |
| | * | |
| ANTHONY COLLICK, | * | |
| | * | |
| Defendant. | * | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with the Court's Local Rules.

Frank J. Marcone, Esquire
2530 N. Providence Road
Upper Providence, PA 19063
Ph: 484-442-8305
Fx: 484-442-8306
Attorney for Plaintiff
Francis Tully

Date: 1-31-07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | * | |
| | * | |
| Plaintiff, | * | Civil Case No. 06-581 GMS |
| | * | |
| v. | * | |
| | * | |
| ANTHONY COLLICK, | * | |
| | * | |
| Defendant. | * | |

## ORDER

IT IS HEREBY ORDERED that counsel's Motion Pursuant to Local Rule 83.5 for the Admission of Counsel *Pro Hac Vice* is granted.

Date: _____          _____
                                United States District Judge