IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-0581 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY COLLICK, | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

## SUBSTITUTION OF COUNSEL

PLEASE withdraw the appearance of Carol J. Antoff, Esquire as counsel for Defendant Anthony Collick.  PLEASE enter the appearance of Louis J. Rizzo, Jr. Esquire as counsel for Defendant Anthony Collick.

| | |
|---|---|
| LAW OFFICE OF CYNTHIA G. BEAM | REGER RIZZO KAVULICH & DARNALL LLP |
| | |
| /s/ Carol J. Antoff, Esquire | /s/ Louis J. Rizzo, Esquire |
| Carol J. Antoff, Esquire | Louis J. Rizzo, Jr., Esquire |
| Bar ID # 3601 | Bar ID #3374 |
| 131 Continental Drive | 1001 Jefferson Plaza |
| Suite 407 | Suite 202 |
| Newark, DE 19713 | Wilmington, DE 19801 |
| | |
| Date: 04/23/2007 | Date: 04/23/2007 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-0581 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY COLLICK, | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that copies of the foregoing Substitution of Counsel were served by First Class Mail, postage prepaid on the following counsel of records on April 23, 2007:

Frank Marcone, Esquire
2530 N. Providence Road
Media, PA  19063

Albert M. Greto, Esquire
1701 Shallcross Avenue, Suite C
P.O. Box 756
Wilmington, DE 19899-0756

REGER RIZZO KAVULICH & DARNALL LLP

/s/ Louis J. Rizzo, Esquire
Louis J. Rizzo, Jr., Esquire
Bar ID #3374
1001 Jefferson Plaza
Suite 202
Wilmington, DE 19801
Attorney for Defendant, Anthony Collick