IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRANCIS TULLY, :

    Plaintiff, :

v. : Civil Action No. 06-581 GMS

ANTHONY COLLICK, :

    Defendant. :

## ORDER

WHEREAS, on December 20, 2006, the court ordered the dismissal without prejudice of this case (D.I 14);

WHEREAS, on March 28, 2007, the plaintiff Francis Tully ("Tully") filed a Motion to Reinstate the case (D.I. 17);

WHEREAS, the court has reviewed the parties' submissions; and

WHEREAS, the court finds that in the interest of justice, the case should be reinstated;

IT IS HEREBY ORDERED that:

1. The plaintiff's Motion to Reinstate (D.I. 17) is GRANTED; and

2. The court's Order dismissing the case (D.I. 14) is VACATED.

March 26, 2008

CHIEF, UNITED STATES DISTRICT JUDGE

FILED
MAR 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE