IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-0581 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY COLLICK, | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

<u>SUBSTITUTION OF COUNSEL</u>

PLEASE withdraw the appearance of Louis J. Rizzo, Jr., Esquire as counsel for Defendant Anthony Collick.  PLEASE enter the appearance of Michael L. Ripple, Esquire as counsel for Defendant Anthony Collick.

| | |
|---|---|
| REGER RIZZO & DARNALL LLP | REGER RIZZO & DARNALL LLP |
| | |
| <u>/s/ Louis J. Rizzo, Jr., Esquire</u> | <u>/s/ Michael L. Ripple, Esquire</u> |
| Louis J. Rizzo, Jr., Esquire | Michael L. Ripple, Esquire |
| Bar ID # 3374 | Bar ID #3993 |
| 1001 Jefferson Plaza | 1001 Jefferson Plaza |
| Suite 202 | Suite 202 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| | |
| Date: 6/2/08 | Date: 6/2/08 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANCIS TULLY, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-0581 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY COLLICK, | ) | TRIAL BY JURY |
| | ) | OF SIX DEMANDED |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I, Michael L. Ripple, Esquire, do hereby certify that copies of the foregoing Substitution of Counsel were served by First Class Mail, postage prepaid on the following counsel of records on June 2, 2008:

    Albert M. Greto, Esquire
    Law Offices of Albert M. Greto
    1701 Shallcross Ave., Suite C
    P.O. Box 756
    Wilmington, DE 19899-0756


REGER RIZZO & DARNALL, LLP


  /s/*Michael L. Ripple*
Michael L. Ripple, Esquire
Bar I.D. 3993
1001 Jefferson Plaza, Suite 202
Wilmington, DE  19801
(302) 652-3611
Attorney for Defendant, Anthony Collick