# ALBERT M. GRETO, ESQUIRE
## ATTORNEY AT LAW

---

1701 SHALLCROSS AVENUE  
SUITE C  
P.O. BOX 756  
WILMINGTON, DELAWARE 19899-0756

PHONE: (302) 761-9000  
FAX: (302) 761-9035

August 19, 2008

The Honorable Gregory M. Sleet  
United States District Court  
 For the District of Delaware  
844 North King Street, Room 4209  
Lockbox 18  
Wilmington, DE  19801

RE:   Francis Tully v. Anthony Collick  
       C.A. No. 06-581 (GMS)

Dear Judge Sleet:

     This will acknowledge service of Your Honor's Order scheduling a telephonic status and scheduling conference for Friday, September 12, 2008 at 2:15 p.m.   I will be out of the State on that date on a scheduled, pre-paid vacation.   As local counsel I am required to participate in this conference.

     I would respectfully request a continuance of this teleconference to another date convenient to the Court's calendar.

     Thank you for your courtesies in this matter.

     Respectfully submitted,

     /s/ Albert M. Greto

     Albert M.Greto

Bro

cc:  Frank Marcone, Esq.  
      Michael Ripple, Esq.